UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:09-cr-93-001 |
| v. ) | |
| ) | Judge McDonough/Steger |
| DERRICK HAMPTON ) | |

## MEMORANDUM AND ORDER

DERRICK HAMPTON ("Defendant") came before the Court for an initial appearance on March 12, 2018, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision ("Petition") [Doc. 42].

After being sworn in due form of law, Defendant was informed of his privilege against self-incrimination under the 5th Amendment and his right to counsel under the 6th Amendment to the United States Constitution.

The Court determined Defendant wished to be represented by an attorney and that he qualified for the appointment of an attorney to represent him at government expense. Consequently, the Court **APPOINTED** attorney Erin Rust of Federal Defender Services of Eastern Tennessee, Inc., to represent Defendant.

Defendant was furnished with a copy of the Petition, and had an opportunity to review that document with his attorney. The Court determined that Defendant was able to read and understand the Petition with the assistance of his counsel. In addition, AUSA Perry Piper explained to Defendant the specific charges contained in the Petition. Defendant acknowledged he understood the charges in the Petition.

The Court explained Defendant's right to a preliminary hearing and what that hearing entails. Defendant conferred with his counsel and waived his right to a preliminary hearing. The Court finds that probable cause exists to demonstrate that Defendant has committed violations of his conditions of supervised release.

The Government moved Defendant be detained pending disposition of the Petition or further Order of this Court. The Court explained Defendant's right to a detention hearing and what that hearing entails. Defendant conferred with his counsel and requested a detention hearing, which hearing was scheduled before the undersigned on March 14, 2018 at 3:30 p.m.

It is, therefore, **ORDERED** that:

1

1. The government's motion that Defendant be **DETAINED** pending his detention hearing on Monday, March 14, 2018, at 3:30 p.m. before the undersigned is **GRANTED**.

2. The United States Marshal shall transport Defendant to the detention hearing on March 14, 2018 at 3:30 p.m. before the undersigned.

**ENTER.**

/s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE